Matthew A. Levin, OSB #003054
MattLevin@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Tele: (503) 295-3085
Fax: (503) 323-9105

      Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **JENNIFER KETNER,** | Case No. 6:20-cv-01290-MK |
| Plaintiff, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| **HOLIDAY AL MANAGEMENT SUB, LLC,** and **HARVEST MANAGEMENT SUB, LLC,** both organizations doing business as **HOLIDAY RETIREMENT,** | |
| Defendants. | |

The parties have agreed that this dispute should be resolved through binding arbitration. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate, by and through their respective attorneys, to have this action dismissed without prejudice and without costs or attorney fees to either party.

Date: September 1, 2020

MARKOWITZ HERBOLD PC

By:   s/ Matthew A. Levin
     Matthew A. Levin, OSB #003054
     MattLevin@MarkowitzHerbold.com
     Attorney for Defendants

Date: 9/2/20

ANDREW S. LEWINTER, Attorney at Law

By:   _____
     Andrew S. Lewinter, OSB # 080031
     andrew@lewinterlaw.com
     Attorney for Plaintiff