IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JENNIFER KETNER,

                              Plaintiff,

                    V.

HOLIDAY AL MANAGEMENT SUB, LLC,
et al,

                              Defendants.

6:20-cv-01290-MK

JUDGMENT

As per the Stipulation of Dismissal (ECF No. 6), this is action is dismissed without prejudice and without costs or attorney fees to either party pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Pending motions, if any, are denied as moot.  All pretrial deadlines, hearings, and any trial date are stricken.

Dated this 3rd day of September 2020.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI
United States Magistrate Judge